UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                        Case No.  8:19-bk-06613-MGW
                                                     Chapter 7

Raymond Joseph Yosuico
Isabella Adele Yosuico

        Debtor(s)
_____/

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Order Approving Application to Retain BK Global Real Estate Services, and Keller Williams Realty (Doc. No. 20) has been furnished by U.S. Mail to: **Bk Global Real Estate Services,** 1095 Broken Sound Pkwy. NW, #100, Boca Raton, FL 33487; **Keller Williams Realty Eastern Panhandle,** 105 Tavern Rd Suite 1, Martinsburg, WV 25401; **Capital One Auto Finance,** c/o AIS Portfolio Services, LP., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118 on this 17th day of October, 2019.

                                            /s/ Stephen L. Meininger

                                            STEPHEN L. MEININGER, TRUSTEE
                                            707 North Franklin Street, Suite 850
                                            Tampa, Florida  33602
                                            Phone  (813) 301-1025
                                            Fax     (813) 307-0879